SM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 2 1 2019 MC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Noble Antoine Muhammad El,
Ex. Rel. A.E.C.,

Plaintiff(s),

vs.

"City of Chicago," D. DUNN, Mark Siegel, Curtis Weathersby, R. Willingham, State of Illinois, Clarence L. Burch, Daniel O. Tierman, James A. Shapiro, Mark A. Flessner, Caitlin A. Harrington

Defendant(s).

1:19-cv-5635
Judge Virginia M. Kendall
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Noble Antoine Muhammad El.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Case: 1:19-cv-05635 Document #: 1 Filed: 08/21/19 Page 2 of 15 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Curtis ~~~~ Weathersby (#7866)__, is
   (name, badge number if known)

   ☑ an officer or official employed by __CHICAGO POLICE DEPARTMENT__
   (department or agency of government) __or__

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __CITY OF CHICAGO__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __04/06/2019__, at approximately __12:38__ ☐ a.m. ☑ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Chicago__
   _____, in the County of __Cook__,
   State of Illinois, at __67th South Blackstone__,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☑ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: __Breached oath to uphold Constitution (U.S.), Violated Treaty rights, Capitis Diminutio Maxima,__

2

ARRested me, carjacked me, & kidnapped me using colorable law.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: Chapter 8-26 GUN OFFENDER REGISTRATION ORDINANCE in the Municipal Code of Chicago. Also, 735 ILCS 5/ Art. XXI - Change of name, section 21-101(b).

8. Plaintiff was charged with one or more crimes, specifically:
   - Municipal Code of Chicago: 8-26-030(b) & 9-24-010(b)
   - Illinois Motor Vehicle Code, chapter 5, 3-707(a)

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

   ☑ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   ☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

① On 4-06-2019 at 12:38 pm I, Noble Antoine Muhammad El was traveling in my indigenous land (chicago) when a chicago police car drove behind me with flashing lights and ordered me to stop.
② I stopped my conveyance on [67th Stony Island], started recording on my iphone, and placed both hands out the window. I was then approached by Curtis Weathersby. He asked me to provide him with a Driver's License and registration. I told him that I am not privy to that benefit. He then reached into my conveyance and unlocked the door. Then he grabbed me and told me to get out.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I was denied due process, kidnapped, forced to contract (slavery), attempted slavery, incarcerated unlawfully, forced into peonage, forced escheatment of my estate, emotionally distressed, and mental anguish.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-05635 Document #: 1 Filed: 08/21/19 Page 5 of 15 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Noble Antoine Muhammad El

Plaintiff's mailing address: c/o [11429 South Vincennes Avenue]

City [Chicago]   State [Illinois]   ZIP [60643]

Plaintiff's telephone number: (872) 218-9346

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_____

15. Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 2 of Complaint continued...

of my conveyance. I asked him if he was giving me an order, he said yes.

③ I then got out of my conveyance and told Mr. Weathersby my status by saying, "I'm not a U.S. citizen, I am a Moorish American National. Then I asked him and his partner Ms. Dunn to provide me with their business cards and to get me their supervisor.

④ They both laughed as they searched me and put me in their car. They said that they will give me their business cards when I give them a driver's license.

⑤ While sitting in their car a supervisor arrived, but he never spoke to me, he just gave them the ok to take me to the Grand Crossing Police Station on 71st and Cottage Grove.

6.) Mr. Weathersby then came back to the Police car and tried to contract with me again by saying he would just write me two tickets if I give him my estate's driver's license. I refused and Identified myself as Noble Antoine Muhammad El, a Moorish American National.

7.) He then left the police car and took my conveyance to the Grand Crossing Police Station. Ms. Dunn drove me there.

8.) When we arrived at the station, Mr. Weathersby stood outside of the police car I was in, on his dispatch trying to get a warrant on my estate.

9.) He was told that my estate has No warrants but that it (~~~~~~~) A.E.C. hasn't registered as a gun offender with the "City of Chicago."

Page 3 of Complaint continued...

10. Mr. Weathersby and Ms. Dunn then proceeded to take me inside the station. As we walked toward the station I made a verbal notice to them both that I charge $10,000 in .999 troy gold coins per order from a public servant.

11. They laughed and proceeded to take me into the station and threaten me with ~~prosecution~~ prosecution because of the gun ordinance.

12. When we got inside the interrogation room I made a verbal contract with Mr. Weathersby and Ms. Dunn that I will follow their orders only if they agree to pay me $10,000 per order. They agreed (on Discovery). Mr. Weathersby then gave me 10 quick orders and said to, "just put 100 on my tab".

<u>Page 4 of Complaint Continued...</u>

(13) While I was at the station, I put every police that came in contact with me on notice that I am not in their jurisdiction. They all laughed as they forced me to let them steal my fingerprints and then the detained me for approximately 10 hours.

(14.) I was then given a ibond, but they charged me under the name of my estate, ~~[scribbled out]~~ A.E.C.

(15.) The ibond said that my estate had to appear in court at 727 e. 111th st. - Branch 35 on May 8th, 2019.

(16) On May 8th, 2019 I made a special appearance at the Branch 35 Courthouse to get the charges against my estate dismissed for lack of jurisdiction / no contract.

## Page 5 of Complaint Continued...

17. When the court called my estate, I reserved all rights under UCC 1-308 and placed my status on the record, well I gave it to Magistrate James A. Shapiro. He looked at it and told me to sit back down.

18. When he ruled over all the other transactions he called me back up and he started practicing law from the bench. He started using Color of law to try to coerce me but I stood on the Constitution. He then revoked the ibond on my estate and told the officers in the court to arrest me.

19. Magistrat Shapiro never filed my documents and did not Return them to me. I was detained at Branch 35, then I was transported to Cook County Jail.

Page 6 of Complaint continued...

(20.) While I was getting processed in Cook County Jail's receiving I told Sargeant Smith and C.O. Mozelle that I'm not A.E.C. ~~[redacted]~~ (my estate) and that I was kidnapped and currently under threat, duress, and coercion. I was forced to have my consort gather 500 federal Reserve Notes to bail me out.

(22.) Cook County Jail released me with a d-bond slip with my estate's name on it, and the case was sent to the Domestic Violence Courthouse on 555 W. Harrison St.

(23.) On May 16th, I made a special appearance at the Domestic Violence Courthouse with my consort and two Moors, to get the charges against my

<u>Page 7 of complaint continued...</u>

estate dismissed. When my estate's name was called I reserved my rights under UCC 1-308 and gave my status documents to Magistrate Daniel O. Tierman. He told the prosecution that they must answer my religious/nationality affidavits. The prosecution stated for the record that I had already filed these documents on the last court date.

(24.) Mr. Tierman set the next date for June 18th, 2019. On June 18th, 2019 I made a special appearance at the Domestic Violence Courthouse to get these charges against my estate dismissed. To my surprise, I was given a new magistrate, Clarence L. Burch. I reserved all my rights when my estate's case

## Page 8 of Complaint Continued...

was called. Magistrate Burch took my status documents and looked them over. He then ordered the ~~Stat~~ Prosecutor to give me discovery. He then forced me to proceed by setting a trial date, even though I challenged Jurisdiction.

(25.) The ~~Prosecu~~ prosecution gave me their discovery with my photo, but with fraudulent information about my estate in it.

(26.) Under Threat, duress, and coercion I was forced to set a trial date with a trial by jury. Trial is set for August 22nd.

(27.) This suit is against all individual defendants in their private capacity, and against ~~~~ agencie's in their official capacity.

## Remedy Page 9

1. I would like to Court to dismiss all Colorable charges from the "City of Chicago" and the "State of Illinois".

2. I would like all defendant(s) to be charged with criminal charges in accordance with Law, namely:
   - Uniform bonding code
   - 18 U.S. code 3571 ($250,000 fine)
   - 18 U.S. code 242 ($200,000 fine)
   - 42 U.S. code 1983
   - 42 U.S. code 1985
   - 42 U.S. code 1986

3. I would like the Court to provide a Court order legal name change for my estate to the name/Moorish appellation of my chosing in accordance with article 22 of the Treaty of Peace and Friendship 1836.

4. I also seek damages of $450,000 gold or silver (.999 troy) coin from each defendant, with an additional $100,000 gold or silver coins from Mr. Weathersby, Ms. Dunn, and Mr. Willingham, totaling at $5,250,000.

## Additional defendants Page 10

1. State of Illinois
2. D. Dunn [#9615]
3. R. Willingham [#511]
4. Mark A. Flessher
5. Caitlin A. Harrington
6. Mark Siegel
7. James A. Shapiro
8. Daniel O. Tierman
9. Clarence L. Bunch

x Noble Antoine Muhammad El
Noble Antoine Muhammad El,
In propria Persona, Sui Juris
c/o [11429 South Vincennes Avenue]
[Chicago, Illinois [60643]]
Phone: 872-218-9346